UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| BANNER BOYD, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 23-29-BLG-SPW |
| vs. | |
| MILES CITY POLICE DEPT., ET AL., | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of April 21, 2023 (Doc. 6), this action is DISMISSED.

Dated this 25th day of May, 2023.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk