Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
U.S. District of Montana
Billings Division

Case No. _____
*(to be filled in by the Clerk's Office)*

BANNER LEE Boyd
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Ryan Kethem, Jesse Nelson, Jeremy Smith, Amanda DesJarlais, Coy Sheets, Don Baker, Casey Hell, City of Miles City Police Dept.
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Banner Lee Boyd
All other names by which you have been known: NA
ID Number: 3026250, DL 16743570
Current Institution: MSP
Address: 700 Conley Lak Rd Deer Lodge
Deer Lodge  MT  59722
City  State  Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Ryan Ketchem
Job or Title *(if known)*: Miles City Police
Shield Number: unknown
Employer: City of Miles City
Address: 1010 Main St.
Mile City  MT  59301
City  State  Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name: Jesse Nelson
Job or Title *(if known)*: Owner of Olive Bar
Shield Number: NA
Employer: Olive Hotel & Casino
Address:
Miles City  MT  59301
City  State  Zip Code

☑ Individual capacity   ☑ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name: Casy Prell
- Job or Title (if known): Captain, Miles City Police Dpt
- Shield Number: unknown
- Employer: Miles City
- Address: 1010 Main St
- City: Miles City  State: MT  Zip Code: 59301
- [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
- Name: Cay Sheets
- Job or Title (if known): officer
- Shield Number: unknown
- Employer: 1010 Main St
- Address:
- City: Miles City  State: MT  Zip Code: 59301
- [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ILLEGAL ARREST, ASSAULT, Entrapment, ILLEGAI Search And Seizure, Tampering With States Evidence, Perjury, 8th Amendment, 14 Amendmet, 4 Amendment, (Equal Protection) Police Brutality,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Case 1:23-cv-00029-SPW-KLD   Document 8   Filed 05/25/23   Page 4 of 11
Case 1:23-cv-00029-SPW-KLD   Document 6-1   Filed 04/21/23   Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Illegal Arrest, Assault, Illegal Search and Seizure, Perjury Entrapment, Illegally Tampering States Evidence.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☑ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

In the City of Miles City (Please Read Montana Supreme Court Ruling Boyd v State of Montana, July 2022 DA-19-0668

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

NA

Case 1:23-cv-00029-SPW-KLD   Document 8   Filed 05/25/23   Page 5 of 11
Case 1:23-cv-00029-SPW-KLD   Document 6-1   Filed 04/21/23   Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 27, 2018, Afther Noon 5 or 6

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Just My Self, Please Read Montana, Supreme Court Ruling July, 2022 Case DA-19-0668

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a Result of the Police brutality Injuries, I recived injuries to my Lower back & pelvies, Neck and Shoulder injuries. Mental and Emotional Distress, Loss of earning Capacity, Family Seperation

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$15.3 million Dollars for inflication of physical Pain and loss of Earning, Capacity Punitive Damages Center Cuase Martial dissoultion, Any other relief the Court Deems Neccessary and fair in the interest of Justice

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

NA

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Page 6 of 11

Case 1:23-cv-00029-SPW-KLD   Document 8   Filed 05/25/23   Page 7 of 11
Case 1:23-cv-00029-SPW-KLD   Document 6-1   Filed 04/21/23   Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance? In Miles City County Jail

2. What did you claim in your grievance? At time injury's to back

3. What was the result, if any? Poor response, Care 5 mths Waiting

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

NO, Ressulting in herneted Disk, and Seriues life long Pain

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: NO

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: yes & lawyer

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

NA

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NA

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _NA_
   Defendant(s) _NA_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _NA_

3. Docket or index number
   _NA_

4. Name of Judge assigned to your case
   _NA_

5. Approximate date of filing lawsuit
   _NA_

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. _NA_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _NA_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 1:23-cv-00029-SPW-KLD   Document 8   Filed 05/25/23   Page 10 of 11
Case 1:23-cv-00029-SPW-KLD   Document 6-1   Filed 04/21/23   Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____ NA _____

   Defendant(s) _____ NA _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____ NA _____

3. Docket or index number

   _____ NA _____

4. Name of Judge assigned to your case

   _____ NA _____

5. Approximate date of filing lawsuit

   _____ NA _____

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____ NA _____

Case 1:23-cv-00029-SPW-KLD  Document 8  Filed 05/25/23  Page 11 of 11
Case 1:23-cv-00029-SPW-KLD  Document 8-1  Filed 04/21/23  Page 11 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-21-2023

Signature of Plaintiff: Banner Boyd
Printed Name of Plaintiff: Banner Boyd
Prison Identification #: 3026250
Prison Address: 700 Conley Lake Road, Deer Lodge, MT 59722

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address: